# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

TIMOTHY W. ANDERSON ,

    Petitioner,

v.

DENNIS D. HILLSTEAD, Sheriff,
CAPT. KAREN M. HUMPHREY and
LT. KRIS ANDERSON,

    Respondents.

**JUDGMENT IN A CIVIL CASE**

Case No.: 08-cv-287-bbc

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

This case is dismissed against respondents.

THERESA M. OWENS
_____
**Theresa M. Owens, Clerk**

/s/ M . Hardin
_____
**by Deputy Clerk**

_____6/12/08_____
Date